

# 11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Billy Ray Nelson,                          * From the 118th District Court
                                             of Howard County,
                                             Trial Court No. 8214.

Vs. No. 11-21-00216-CR                     * October 21, 2021

The State of Texas,                        * Per Curiam Memorandum Opinion
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.